# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2013

## NO. 03-13-00048-CV

**CNC Associates N.Y., Inc., Appellant**

**v.**

**Cabinets 345, Ltd., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## REVERSED AND RENDERED -- OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's order:

**IT IS THEREFORE** considered, adjudged and ordered that the order of the trial court is reversed, and judgment is rendered dismissing Cabinets 345, Ltd.'s claims against CNC Associates N.Y., Inc. for want of personal jurisdiction. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.